**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 101 EM 2022
:
Respondent :
:
:
:
v. :
:
:
EDGAR MARTINEZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Petitioner is afforded 15 days in which to submit his Petition for Allowance of Appeal.